## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **TIARE TECHNOLOGY, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 2:21-cv-303-JRG-RSP** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **LITTLE CAESAR ENTERPRISES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Tiare Technology, Inc.'s ("Tiare") Notice of Dismissal Without Prejudice of Defendant Little Caesar Enterprises, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice"). (Dkt. No. 8). In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.